THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES A. HOYT, Appellant.

*People* v. *Hoyt,* 145 App. Div. 695, affirmed.
(Argued February 28, 1912; decided March 19, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

July 17, 1911, which reversed a judgment of the Chenango County Court sustaining a demurrer to an indictment for forgery in the first degree · and overruled such demurrer.

*Julien Scott* for appellant.

*James P. Hill* for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.